RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/10/07
68

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EARL FRANCES CARRIVEAU** | * | **CIVIL ACTION** |
| **PLAINTIFF** | * | **No. 2:07-cv0522** |
| **VERSUS** | * | **JUDGE HAIK** |
| **ASTRAZENECA LP** | * | **MAGISTRATE HILL** |
| **DEFENDANT** | * | **JURY TRIAL REQUESTED** |

********* **[PROPOSED] ORDER**

Came on for consideration Motion by Defendant AstraZeneca LP to Stay All Proceedings Pending Transfer to Multidistrict Litigation Proceedings.

After due consideration, IT IS ORDERED that Defendant AstraZeneca LP's motion is GRANTED. All pretrial proceedings are hereby STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

Signed this _9th_ day of _April_ at _Lafayette_, _Louisiana_.

_____
United States District Judge